By the Court
 

 :—We have consulted together on this motion ; and, though a difference of sentiment exists, a majority of the Court are clearly of opinion, that the motion ought to be granted. Therefore,
 

 Let a Prohibition issue;
 

 The prohibition issued, accordingly, in the following form:
 

 " United States, SS.
 

 THEPREsiDENToftheÜNiTED States to the honorable Richard Peters, Efquire, Judge of the Diftridt Court of the
 
 United
 
 States, in and for the
 
 Pennfylvania.
 
 diftridt:, It is ihewn to the Judges of the Supreme Court of the
 
 United
 
 Statesj by
 
 Samuel B.
 
 Davis, That whereas by the laws of nations, and the treaties fubfifting between the
 
 United States
 
 and the Republic of France-, the trial of .prizes taken on the high feas, without the territorial limits and jurifdidtion of the
 
 United
 
 States, and brought within the dominions' and jurifdidtion of the faid Republic, for legal adjudication," by veffels of war belonging to the fovereignty of the faid' Republic, adting. under the f&me, and of all qiieftions incidental thereto, does of fight,' and exclufively, belong to the tribunals and judiciary eftabliih-ments of the faid Republic,, and to no' other tribunal, or tribunals, court, or. courts, whatfoever’: And whereas by the faid law of nations, and treaties aforefaid, the veflcls of war belonging to the faid
 
 French
 
 Republic, and .the .officers commanding' the fame, cannot, and ought not, to be arrefted, '
 
 *130
 
 feized, • attached, or detained, in the ports of the
 
 United
 
 States, by procefs of law, at the fuit
 
 or injiance
 
 .of individuals, to an-fwer for any capture or captures, feizure or fe.izures, made on the high feas, and brought for legal adjudication into the ports of the
 
 French
 
 Republic, by the faid veffsfs of war, while belonging to, and adding under the authority and in the immediate fervice of the faid Republic : And whereas bythe laws arid treaties aforefáid, the Diftrift Courts of the
 
 United States
 
 have not, and ought not, to entertain jurifdicnon or hold plea cf fuen captures, made as aforefnid, under the Aove circum-ftances: And whereas by the laws of nations, the veffels of war of belligerent powers, duly by them authorized, to cruize againft their enemies, and to make-prize cf their ftups and goods, may, in time of war, arreft and feize the veiTels belonging to the fubjefts or citizens of neutral nations, and bring them into the ports of the fovereign under whofe com tnifficn and authority they aft, there to anfwer for any breaches of the laws pf nations, concerning the navigation of neutral ihips, in time of war; and the faid veffels of war,, their-commanders, officers and crews, are not amenable before the tribunals of neutral powers for their conduft therein, but are only anfwerable to the- fovereign in whole immediate fervice they were, and from whom they derived their authority: And whereas, on or before-the twentieth day of
 
 May",
 
 now laft paft, the faid
 
 Samuel B. Davis,
 
 was, and now is, a Lieutenant of fhips in the navy of the faid
 
 French
 
 Republic,' and commander of a corvette, or veffel of war, called, the Cajfms, then, <fhd now, the property of the faid Republic, and in her immediate fer-vice ; and on the faid twentieth day of
 
 May,
 
 was duly com-rniffioned, by and under the Authority of théTaid Republic, to cruize againft her energies, and make prize of their iliips (as by his commiffion and the certificate of the minifter plenipp-ientiaiy of the laid Repuhlife to the
 
 United
 
 States, to the court fhewn, more fully appears) Nev-erthelefs a certain
 
 James Tara,
 
 of the city of Philadelphia,merchant, not ignorant of the pre-mifes, but-contriving and intending to difturb the peace and harmony fubfiftlng between the
 
 United States
 
 and the
 
 French
 
 Republic, and him, the faid
 
 Samuel B. Davis,
 
 wrongfully to aggrieve and opprefs,.and draw to another proof, him, the’ faid
 
 Samuel B.'Davis,
 
 and the faid
 
 corvette,
 
 or-veflel of war, of the
 
 French
 
 Republic, the
 
 Caffius,
 
 in the pofit of Philadelphia, under the protection'of the laws of nations, and-of the faith' of treaties, has, by procefs out ef the Diftricl Court of the
 
 United States,
 
 in and for the ‘Diftrift of
 
 PennfyLvania,
 
 attached and a’r-refted him, the faid
 
 Samuel B; JDayisi
 
 and'the
 
 {-¿dá-corvette,
 
 or veffel of war, the
 
 Gajjius,
 
 before the judge .of the faid Diftrift Court* contrary to the faid law, of nations, and treaties, and
 
 *131
 
 against the due form of the laws of
 
 the United States,
 
 hath unjustly drawn in plea, to answer to a certain libel, by him, the said
 
 James
 
 Yard, against him, the said
 
 Samuel B. Davis,
 
 and against the said
 
 corvette,
 
 of vessel of war, the
 
 Cassius,
 
 her tackle, apparel, and furniture, exhibited and promoted, craftily and subtilly therein alledging, articulating, and objecting, that on the said twentieth day of
 
 May,
 
 now last past, the said
 
 Samuel B. Davis,
 
 then commander of the said
 
 corvette,
 
 or vessel, the
 
 Cassius
 
 did, forcibly, violently, and tortiously, take on the high feas, a certain Schooner, or vessel, belonging to the said
 
 James Yard,
 
 called the
 
 William Lindfey,
 
 and brought her into
 
 Port de Paix,
 
 (in the dominion of the
 
 French
 
 Republic) where she still remains; and also alledging and articulating, that the said
 
 corvette,
 
 or vessel called the
 
 Cassius,
 
 was originally equipped and fitted for war, in the port of
 
 Philadelphia,
 
 in the
 
 United
 
 States, and that the said
 
 Samuel B. Davis,
 
 was at the time of the said capture, and now is, a citizen of the
 
 United States
 
 : Without this, however, and the said
 
 James Yard,
 
 not in any manner alledging, or articulating, that the said capture was made, within the territory, rivers, or bays, of the
 
 United States,
 
 or within a marine league of the coast thereof, or that the
 
 said corvettt
 
 or vessel, the
 
 Cassius,
 
 was so fitted or equipped for war in the
 
 United States, by
 
 the said
 
 French
 
 Republic, her agent, or agents, with their knowledge, or by the means, or procurement, or by the said
 
 Samuel B.
 
 Davis, or that at the time of her being so equipped, or fitted for war, in
 
 the United States,
 
 (if ever there she was so in any manner fitted or equipped) she was the property of the said
 
 French
 
 Republic, or that the said
 
 Samuel B. Davis
 
 was in any manner, in the said equipment, or fitting for war, concerned; and without this, also, and the said
 
 James
 
 Yard, not in any manner alledging, that the said
 
 Samuel B. Davis
 
 was retained, or engaged, in the service of the French Republic, within the territory or jurisdiction of the
 
 United
 
 States: And that the said
 
 James Yard,
 
 him, the said
 
 Samuel B. Davis,
 
 and the said corvette, or vessel of war, called the
 
 Cassius,
 
 by force of the process aforesaid, out of the said District Court, had and obtained, as aforesaid, still wrongfully detains, and the said Samuel
 
 B. Davis,
 
 and the
 
 French
 
 Republic, owner of the said
 
 corvette,
 
 or vessel of war, there upon in the said District Court to answer, and in the premises,
 
 cards
 
 to be condemned, with all his power, endeavours, and daily contrives, in contempt of the government of the
 
 United States,
 
 against the laws of nations and the treaties subsisting between the
 
 United States
 
 and the
 
 French
 
 Republic, and against the laws and customs of the
 
 United States,
 
 to the manifest violation, of the law of nations, and treaties, and to the manifest disturbance of the peace and harmony happily subsisting between the
 
 *132
 

 United States
 
 and the
 
 French
 
 Republic: Wherefore the said
 
 Samuel B. Davis,
 
 the aid of the said Supreme Court most respectfully. requesting, hath prayed remedy by a writ of prohibition, to be issued out of the said Supreme Court, to you to be directed, do prohibit you from holding the plea aforesaid, the premises aforesaid any wise concerning, further before you
 
 :—
 
 You, therefore, are hereby prohibited, that you no further hold the plea aforesaid, the premises aforesaid in any wise touching, before you, nor any thing in the said District Court attempt, nor procure to be done, which may be in any wise to the prejudice of the said
 
 Samuel B.
 
 Davis, or the said corvette, or vessel of war; called the Cassius; or in contempt of the laws of the
 
 United States:
 
 And also, that from all proceedings there on you do, without delay, release the said
 
 Samuel B. Davis,
 
 and the said corvette, or vessel of war, called the
 
 Cassius,
 
 at your peril.
 

 Witness, the honorable John Rutledge, Esquire, Chief Justice of the said Supreme Court, at
 
 Philadelphia,
 
 this 24th day of
 
 August,
 
 in the year of our Lord one thousand seven hundred and ninety-five, and of the independence of the
 
 United
 
 States, the twentieth.
 

 I. Wagner, D. C, Sup. Ct. U. S.
 
 *
 

 *
 

 The proceedings on the libel for damages in the District Court, were accordingly superceded ; but an information, Ketland,
 
 qui tam
 
 &c. was immediately afterwards filed in the
 
 Circuit Courts
 
 against the
 
 Corvette
 
 for the illegal out-fit in violation of the act of Congress, and the vessel being thereupon attached, an application was made to Judge Peters, to discharge her on giving security, but the Judge was of opinion, that he had no power as District Judge, to make such an order in a cause depending in the Circuit Court. The
 
 French
 
 Minister, then deeming (as I have been informed) this prosecution to be a violation of the rights and property of the Republic, delivered a remonstrance to our government; and, converting the judicial enquiry into a matter of State, abandoned the
 
 Corvette)
 
 and discharged the officers and crew.
 
 See
 
 2
 
 val. p.
 
 365.
 
 Ketland qui taps vps sus the Cassius.